| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br><br>UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        -v.-<br><br>$12,000.00 IN UNITED STATES CURRENCY,<br><br>        Defendant-*in-rem*.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 11/16/2021<br><br><br>JUDGMENT OF FORFEITURE<br><br>21 Civ. 03931 (ALC) |

WHEREAS, on or about May 3, 2021, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6);

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on May 7, 2021, through June 5, 2021, and proof of such publication was filed with the Clerk of this Court on September 30, 2021 (D.E. 3);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

2

WHEREAS, on or about May 7, 2021, the Government sent direct notice of the Verified Complaint by Certified Mail on the following:

>Cali Kicks
>Anaheim, CA 92817,

and by Federal Express on the following:

>Marie Buonaiuto
>Poughkeepsie, NY 12603
>
>M. Buonaiuto
>Poughkeepsie, NY 12603
>
>Jerilee Castillo
>Anaheim, CA 92804
>
>Ronald Castillo
>Anaheim, CA 92804

(the "Noticed Parties");

WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendant-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2.  The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

Dated: November 16, 2021
New York, New York

SO ORDERED:

_____
THE HONORABLE ANDREW L. CARTER JR.
UNITED STATES DISTRICT JUDGE